1  LAWRENCE G. BROWN
   Acting United States Attorney
2  MATTHEW D. SEGAL
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2708

**FILED**

FEB 2 6 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| IN RE THE MATTER OF THE SEARCH OF [SEALED] | NO. 2:07-SW-254 GGH |
|---|---|
| | MOTION AND ORDER TO UNSEAL |

The United States hereby moves this Court to unseal the search warrant, the search warrant application and all related filings in the above-captioned matter. Sealing is no longer necessary to protect any ongoing investigation.

Respectfully Submitted,

LAWRENCE G. BROWN
Acting United States Attorney

DATED: February 26, 2009     By: /s/ Matthew D. Segal
                                 MATTHEW D. SEGAL
                                 Assistant U.S. Attorney

**SO ORDERED.**

DATE: 2/26/09

/s/ Kimberly J. Mueller
HON. KIMBERLY J. MUELLER
U.S. Magistrate Judge